1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  1255 Powell Street
   Emeryville, California 94608
3  Telephone:   (415) 348-6000
   Facsimile:   (415) 348-6001
4  Email:       jkirsch@gibsonrobb.com

5  Attorneys for Plaintiff
   AFFILIATED FM INSURANCE
6  COMPANY

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | AFFILIATED FM INSURANCE COMPANY, a corporation, | Case No. 4:20-cv-04681-~~SK~~ YGR |
|----|---|---|
| 12 | | **STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41** |
| 13 | Plaintiff, | |
| 14 | | |
| 15 | v. | |
| 16 | AMERICAN PRESIDENT LINES, LLC, a limited liability company; and APL CO. PTE LTD, a corporation, | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | Complaint filed:  July 14, 2020 |

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /    Dated: June 15, 2021

25  / / /

26  / / /

27  / / /

28  / / /

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*6/15/2021*
(United States District Court, Northern District of California seal)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiff AFFILIATED FM INSURANCE COMPANY and Defendant APL CO. PTE LTD., through their respective and duly authorized counsel, hereby agree and stipulate to the dismissal with prejudice and without fees or costs of all claims which were asserted or which could have been asserted, by Plaintiff against Defendant APL CO. PTE LTD. in the above-captioned action, under the authority of Fed. R. Civ. Proc. 41(a)(2).

WHEREFORE, the Parties respectfully request that the Court sign and enter the Order of Dismissal set forth below dismissing Plaintiff's claims against Defendant APL CO. PTE LTD., with prejudice and without fees or costs to either party, under the authority of Fed. R. Civ. Proc. 41(a)(2).

Undersigned counsel for Plaintiff, Joshua E. Kirsch, certifies that all electronic signatures below have been duly authorized by signatory counsel per Local Rule § 5-1(i)(3).

Respectfully submitted,

Dated: June 10, 2021  GIBSON ROBB & LINDH LLP

/s/ JOSHUA E. KIRSCH
Joshua E. Kirsch
jkirsch@gibsonrobb.com
Attorneys for Plaintiff
AFFILIATED FM INSURANCE COMPANY

Dated: June 10, 2021  GORDON REES SCULLY MANSUKHANI, LLP

/s/ JAMES A. MARISSEN
James A. Marissen, Esq.
jmarissen@grsm.com
Rachel A. Weitzman, Esq.
rweitzman@grsm.com
Attorneys for Defendant
APL CO. PTE LTD.